UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**  CHAPTER 13
Darius L Hatchett  CASE NO. 21-43685-MAR
  JUDGE MARK A RANDON

Debtor                                                                /

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**Now Comes** the Chapter 13 Trustee, KRISPEN S. CARROLL, and files her objections pursuant to E.D. Mich. LBR 3015-3(a) and opposes confirmation of the Chapter 13 Plan where it does not comply with Bankruptcy Code provisions, 11 U.S.C. §§ 1325, 1322, other applicable provisions of Title 11 Chapter 13 and Local Bankruptcy Rules, as follows:

1. Where the State of Michigan has filed a secured Proof of Claim, which debt, debtor listed on Schedule E/F as unsecured, Trustee requires debtor treat the claim and address any funding/feasibility issues prior to confirmation.

2. The Trustee objects to debtor's proposed treatment of priority Internal Revenue Service and State of Michigan claims in amounts that are less than the creditors' claims. Pursuant to 11 U.S.C. § 1322(a)(2), all claims entitled to priority under 11 U.S.C. § 507 shall be paid in full through the Plan, unless the holder of such claim agrees to a different treatment. Trustee requires that language regarding the specific treatment of these claims appear in the Order Confirming Plan with sign off by the U.S. Attorney and Attorney General.

**Wherefore**, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan and for other and further relief as the Court deems appropriate, including dismissal.

Dated: August 23, 2021 OFFICE OF THE CHAPTER 13 TRUSTEE -DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

/s/ KRISPEN S. CARROLL-mcs
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**  CHAPTER 13
Darius L Hatchett  CASE NO. 21-43685-MAR
 JUDGE MARK A RANDON

Debtor _____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    THE CAREY LAW GROUP
    23930 MICHIGAN AVENUE
    DEARBORN, MI 48124

August 23, 2021

/s/ Shannon Horton
SHANNON HORTON
For the Office of the Chapter 13 Trustee-Detroit
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com