UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**

Darius L. Hatchett

CHAPTER 13
CASE NO. 21-43685
JUDGE: Randon

Debtor(s).

_____/

**ORDER ADJOURNING HEARING**

This matter having been set for hearing on October 6, 2021, regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒ confirmation of a plan

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY STIPULATED that:**
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒ The above referenced matter is adjourned to February 9, 2022 @ 12:00 PM.

☒ The Debtor shall provide updated adequate proof of insurance to Creditor's counsel for the 2015 Toyota Rav4 by January 15, 2022. In the event the Debtor fails to timely provide insurance, then Credit Acceptance Corporation may submit a Notice of Default to vacate the automatic stay with a waiver of Rule 4001(a)(3).

| Approved per Local Rules (E.D.M.): | Approved as to form and content: |
|---|---|
| /s/ Margaret Conti Schmidt_____ | \_\_/s/ Dario Ianni_____ |
| Krispen S. Carroll (P49817) | Attorney for Debtor |
| Margaret Conti Schmidt (P42945) | Dario Ianni (P67517) |
| Maria Gotsis (P67107) | Christopher M. Carey (P57517) |
| Chapter 13 Trustee | Carey Law Group, PC |
| 719 Griswold | 23930 Michigan Ave |
| Suite 1100 | Dearborn, MI 48124 |
| Detroit, MII 48226 | 313-274-2999 |
| (313) 962-5035 | ecf@careylawgroup.net |
| notice@det13ksc.com | |

/s/ Stephen J Beard
Stephen J. Beard (P76575)
Attorney for Credit Acceptance Corporation
Kilpatrick & Associates

**Signed on October 12, 2021**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**