UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Darius L Hatchett
-----------------------------------------------------------
Christopher M. Carey (P51527)
Dario Ianni (P67517)                        Chapter 13
CAREY LAW GROUP, PC            Case No. 21-43685-R
Attorneys for Debtor(s)              Judge Randon
-----------------------------------------------------------

### ORDER ADJUSTING CLAIM NUMBER 9 FILED BY MICHIGAN DEPARTMENT OF TREASURY

An objection having been filed pursuant to LBR 3007-1; and all necessary parties having been given adequate notice thereto and adequate notice to respond or object; and no party having otherwise responded or objected; NOW THEREFORE,

IT IS HEREBY ORDERED the claim of Michigan Department of Treasury is adjusted as follows:

I.   Michigan Department of Treasury shall have a Priority Unsecured Claim in the amount of $2,066.92, and,

II.  Michigan Department of Treasury shall have a General Unsecured Claim in the amount of $1,994.33.

**Signed on October 14, 2021**



/s/ **Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**